**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Aline Uwimana**
      Petitioner

                                            CIVIL ACTION

V.

                                            NO. **1:26-cv-13071-RGS**



**Wesling et al**
      Respondents



**ORDER OF DISMISSAL**


Stearns, D. J.


      In accordance with the Court's Order entered July 24, 2026 [Doc. No. 13] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.



                                         By the Court,


7/24/2026                               /s/ Jacqueline Martin
Date                                      Deputy Clerk